[No. 52342-2-I. Division One. December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA KELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00722-2, Richard J. Thorpe, J., entered April 28, 2003. *Reversed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 52355-4-I. Division One. December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10952-5, Donald D. Haley, J., entered May 3, 2003. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Grosse and Kennedy, JJ.

[No. 52407-1-I. Division One. December 27, 2004.]

TIMOTHY SATTLER, *Individually, as Personal Representative, and as Guardian, Appellant*, v. THE CITY OF MUKILTEO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-00862-5, Gerald L. Knight, J., entered May 21, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington, A.C.J., and Baker, J.

[No. 52619-7-I. Division One. December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE CASTILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04901-6, Paris K. Kallas, J., entered June 16, 2003. *Affirmed* by unpublished per curiam opinion.